IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                No. 15-CR-04277-WJ-KRS
                                                    No. 18-CV-00376-WJ-KRS

JARVIS JOHNSON,

    Defendant.

## ORDER

This matter is before the Court on a letter from Defendant, Jarvis Johnson, filed on July 30, 2018 [CR Doc. 69]. In his letter, Defendant states that he never received a copy of the Government's response to his § 2255 petition, which was filed on July 29, 2018 [*See* CR Doc. 68]. Defendant asks the Court to send him a copy of the Government's response at the facility to which he is being transferred so that he may receive it "in a timely manner." [CR Doc. 69] For the reasons explained below, Defendant's request will be granted.

The Government's response includes a certificate of service, indicating that it was mailed to Defendant's address of record on June 29, 2018. [CR Doc. 68 at 19] Nonetheless, because it appears that Defendant never received this mailing, the Court will direct the Clerk of Court to mail Defendant another copy of the Government's response at his new mailing address. Defendant has failed to inform the Court of his new mailing address, but according to the Bureau of Prisons' online inmate finder, Defendant's new mailing address is:

        Jarvis Johnson
        84603-051

        USP Canaan
        US Penitentiary
        P.O. Box 300
        Waymart, PA 18472

*See* https://www.bop.gov/inmateloc/ (last visited August 1, 2018). The Clerk of Court will be directed to update Defendant's address of record on the docket, but Defendant is reminded that under the Local Civil Rules of the United States District Court for the District of New Mexico, he has a continuing duty to notify the Clerk of Court, in writing, of any changes in his mailing address. *See* D.N.M.LR-Civ. 83.6.

    IT IS THEREFORE ORDERED that the Clerk of Court is directed to mail Defendant a copy of the Government's response [CR Doc. 68] at Defendant's new mailing address and to update the docket accordingly.

_____
UNITED STATES MAGISTRATE JUDGE